UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | | |
|     Plaintiff, § | | |
| v. § | | No. 3:15-CV-1386-M |
| HNOS ADAME CORPORATION, et al., § | | |
|     Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney dated January 23, 2017. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants Hnos Adame Corporation and Abelardo Arenas Adame's Motion for Relief from Default Judgment [ECF No. 31] is **DENIED**.

**SO ORDERED,** this 23rd day of February, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE